IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 10-00244-01-06-CR-W-DW |
| ) | |
| EDWARD BAGLEY, SR., ) | |
| and ) | |
| MARILYN BAGLEY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM

On February 3, 2012, and over the weekend, my staff received six e-mails similar to the one received on January 6, 2012. The e-mails were sent from a different e-mail address. Some were not signed, some were signed with one initial, and some were signed with three initials matching the name of the person who purported to send the original e-mail. It appears this person or persons are attempting to influence the processing of this case or, at the very least, influence the jury pool (the e-mails were also sent to employees of Missouri newspapers). I have not read any of the e-mails which were sent. My staff reported on the general nature of the first one and have not read any of the other e-mails that have been received. I have ordered my staff to delete any e-mail relating to this case unless it comes from one of the parties. The e-mails will not be read by me or anyone else.

                                            /s/ Robert E. Larsen
                                            ROBERT E. LARSEN
                                            United States Magistrate Judge

Kansas City, Missouri
February 6, 2012