# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 10-00244-02-CR-W-DW |
| BRADLEY COOK, ) | |
| Defendant. ) | |

# ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 407) to Deny Defendant Bradley Cook's (the "Defendant") Motion to Dismiss Count II of the Indictment as Unconstitutionally Vague as Interpreted and Applied by the Government (Doc. 117). The Defendant filed Objections to the Report and Recommendation (Doc. 412), and the Government filed a Response (Doc. 413). After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 407). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation (Doc. 407) be attached to and made a part of this Order, and DENIES the Defendant's Motion to Dismiss Count II of the Indictment as Unconstitutionally Vague as Interpreted and Applied by the Government (Doc. 117).

Date:   June 17, 2013                              /s/ Dean Whipple
                                                                                            Dean Whipple
                                                                                      United States District Judge