# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-00244-02-CR-W-DW |
| BRADLEY COOK, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 235) to Deny Defendant Bradley Cook's (the "Defendant") Motion to Suppress Evidence[1] (Doc. 123). After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 235). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Evidence (Doc. 123).

IT IS SO ORDERED.

Date:   June 17, 2013                     /s/ Dean Whipple
                                          Dean Whipple
                                          United States District Judge

---

[1] As explained by Judge Larsen, although the Defendant's "motion is entitled 'Motion to Suppress Evidence and Statements,' there is no statement and defendant only seeks to suppress evidence seized pursuant to the search warrant." Doc. 235, p. 3.