# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-00244-02-CR-W-DW |
| BRADLEY COOK, | ) |
| Defendant. | ) |

# ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 219) to Deny Defendant Bradley Cook's (the "Defendant") Motion to Dismiss Indictment (Doc. 118). After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 219). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Dismiss Indictment (Doc. 118).

IT IS SO ORDERED.

Date: June 17, 2013 /s/ Dean Whipple
Dean Whipple
United States District Judge